**Opinion issued January 9, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00852-CV

_____

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., Appellant**

**V.**

**EXXON MOBIL CORPORATION AND STARR INDEMNITY & LIABILITY INSURANCE COMPANY, Appellees**

*and*

**EXXON MOBIL CORPORATION, Appellant**

**V.**

**STARR INDEMNITY & LIABILITY INSURANCE COMPANY, Appellee**

On Appeal from the 125th District Court
Harris County, Texas
Trial Court Case No. 2014-22667

## MEMORANDUM OPINION ON REMAND

On December 1, 2023, appellant, National Union Fire Insurance Company of Pittsburgh, Pa., appellant/appellee Exxon Mobil Corporation, and appellee, Starr Indemnity & Liability Insurance Company, filed a "Joint Motion to Dismiss Appeal." In the motion, the parties represented that they had "resolved their dispute in part through settlement, with the remaining issues . . . to be resolved through alternative dispute resolution as agreed." Thus, the parties requested that "this Court dismiss [the] appeal" and that the parties bear their own appellate costs. *See* TEX. R. APP. P. 42.1(a)(2), (d).

No other party has filed a notice of appeal, and no opinion on remand has issued.[1] *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the parties' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2), 43.2(f). We direct the Clerk of this Court that costs will be taxed against the parties who incurred the same. *See* TEX. R. APP. P. 42.1(d). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Countiss, and Farris.

---

[1] This Court previously issued an opinion and judgment in this appeal on September 21, 2021. *See Nat'l Union Fire Ins. Co. of Pittsburgh, Pa. v. Exxon Mobil Corp.*, 658 S.W.3d 305 (Tex. App.—Houston [1st Dist.] 2021), *rev'd*, 672 S.W.3d 415 (Tex. 2023). On April 14, 2023, the Texas Supreme Court reversed this Court's judgment and remanded the case to this Court. *See ExxonMobil Corp. v. Nat'l Union Fire Ins. Co. of Pittsburgh, PA*, 672 S.W.3d 415, 417, 421 (Tex. 2023).